Jack and Jill Players, Appellee, v. City of Chicago and John C. Prendergast, Police Commissioner of Chicago, Appellants.

Gen. No. 44,089.

opinion filed November 3, 1947; released for publication November 18, 1947. Joseph F. Grossman, Acting Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals & Review Div., A. A. Pantelis and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. No appearance for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.